**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

Chi Ming Yau, individually and on behalf all other employees similarly situated,

                    Plaintiffs,

v.

The Mighty Crab NY 12110 Inc., d/b/a The Mighty Crab Latham, Zhui Zheng and Amy Chen,

                    Defendants.

-------------------------------------------------------------X

Case No.: 1:23-cv-01185-MAD-TWD

**NOTICE OF APPEARANCE**

To:    The clerk of court and all parties of record

      PLEASE TAKE NOTICE, that the undersigned attorney, duly authorized to practice within the Northern District of New York, hereby enters his appearance as counsel for Plaintiff Chi Ming Yau, in the above captioned matter.

Dated: Flushing, New York
         September 19, 2023

**HANG & ASSOCIATES, PLLC**

By:   /s/ *Jian Hang*
       Jian Hang, Esq.
       136-20 38th Ave., Suite 10G
       Flushing, New York 11354
       Telephone: (718) 353-8588
       Email: jhang@hanglaw.com
       *Attorneys for the Plaintiff*